Argued and submitted February 10, affirmed March 23, 2005

STATE OF OREGON,
*Respondent,*

*v.*

ARMANDO ARREDONDO,
*Appellant.*

02C51200; A123213

108 P3d 117

Jamesa J. Drake, Deputy Public Defender, argued the cause for appellant. With her on the brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services.

Steven R. Powers, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Haselton and Linder, Judges.

PER CURIAM

Affirmed. *State v. Gutierrez,* 197 Or App 496, 106 P3d 670 (2005).